UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                          CASE NO. 20-11553-BKC-AJC
Martha Ingrid Alfonso                           CHAPTER 13

_____**Debtor /**

CERTIFICATE OF SERVICE

I certify that a true copy of this Objection to Claim #4-1 of the Department of the Treasury- Internal Revenue Service and the Notice of Hearing were served as follows:

**The following entities were served via CM/ECF:**
Jed L Frankel     jfrankel@eisingerlaw.com,  sorta@eisingerlaw.com
Gary I. Gassel    gary@gassellaw.com
Nancy K. Neidich    e2c8f01@ch13miami.com,  ecf2@ch13miami.com
Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov

**The following entities were served via Certified Mail:**

| | |
|---|---|
| William Barr | Ariana Fajardo Orshan |
| Attorney General of the United States | US Attorney for Southern District of Florida |
| 950 Pennsylvania Avenue N.W. | 99 NW 4th Street |
| Washington, DC 20530-0001 | Miami, Florida 33132 |
| CM #7011 0470 0000 1465 1496 | CM # 7011 0470 0000 1465 0413 |

**The following entities were served via First Class Mail:**

| | |
|---|---|
| Internal Revenue Service | Internal Revenue Service\ |
| P.O. Box 7346 | Attn: Elisabeth Weiner BK |
| Philadelphia, PA 19101-7346 | 7850 SW 6th COURT M/S 5730 |
| | Plantation FL, 33324 |

Respectfully Submitted,

**The Law Offices of Patrick L Cordero, P.A.**
Attorney for Debtor(s).
7333 Coral Way
Miami, Florida 33155
Tel: (305) 445-4855

By: ___/s/ (FILED ECF)_____
Miriam V. Marenco, Esq., FL Bar No. 86115