UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                              CASE NO.: 20-11553-AJC

MARTHA INGRID ALFONSO                               CHAPTER 13

    Debtor.
_____/

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

PLEASE TAKE NOTICE that undersigned counsel hereby enters her appearance in the above-captioned case for the United States of America, on behalf of the Internal Revenue Service, pursuant to Rule 9010(b) the Bankruptcy Rules of Procedure.

The Clerk of this Court is requested to add the name and address of the undersigned to the matrix of creditors prepared in connection with this case.

                                      Respectfully submitted,

                                      **ARIANA FAJARDO ORSHAN**
                                      **UNITED STATES ATTORNEY**

By:    /s/*Raychell A. Tasher*
           RAYCHELL A. TASHER
           Assistant United States Attorney
           Florida Bar No. 109291
           Raychell.Tasher@usdoj.gov
           99 N.E. 4th Street, Suite 300
           Miami, Florida 33132
           Telephone: (786) 439-3185
           Facsimile:   (305) 530 -7139

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on May 6, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day by transmission of Notices of Electronic Filing generated by CM/ECF to those parties registered to receive electronic notices of filing in this case or via U.S. mail as listed in the below Service List.

/s/*Raychell A. Tasher*
RAYCHELL A. TASHER

### Service List

**VIA CM/ECF Notice:**

**20-11553-AJC Notice will be electronically mailed to:**

Patrick L. Cordero     ecfmail@pcorderolaw.com, corderopr93260@notify.bestcase.com

Jed L. Frankel     jfrankel@eisingerlaw.com, sorta@eisingerlaw.com

Gary I. Gassel     gary@gassellaw.com

Nancy K. Neidich     e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the U.S. Trustee     USTPRegion21.MM.ECF@usdoj.gov

**VIA U.S. MAIL:**

Synchrony Bank
PRA Receivables Management, LLC
P.O. Box 41021
Norfolk, VA 23541

/s/*Raychell A. Tasher*
RAYCHELL A. TASHER